# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | THOMAS E. BLACK |
| **Case Number:** | 4:16-BK-12086-BMW  **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, MAY 07, 2019 11:00 AM  COURTROOM 446 |
| **Bankruptcy Judge:** | BRENDA M. WHINERY |
| **Courtroom Clerk:** | REBECCA VOLZ |
| **Reporter / ECR:** | SHARON GIFFORD |

## Matter:

ADV: 4-17-00115

Margret Janello vs THOMAS E BLACK

RULE 7016 SCHEDULING CONFERENCE (SET AT HEARING HELD 12/03/18) (CONT. FROM 01/07/19) (CONT. FROM 03/14/19)

R / M #:  44 / 0

## Appearances:

TOM LAUE, REPRESENTING THOMAS BLACK AND APPEARING IN PERSON
KEVIN BONNER, REPRESENTING MARGRET JANELLO AND APPEARING BY VIDEO

## Proceedings:

The parties report that they are not ready to set a trial date yet.

Mr. Bonner reports that he began Mr. Black's deposition. The deposition was continued due to Mr. Black's health. Mr. Black was able to locate some additional tax returns. The parties are still waiting on receipt of some tax returns from the IRS. The deposition will be resumed once the tax returns have been received. He requests a continued hearing in approximately 60 days.

Mr. Laue agrees to a continued hearing in 60 days. He believes that there may be a motion for summary judgment. He will assess whether or not he will be deposing Ms. Janello.

COURT: A CONTINUED HEARING IS SET FOR MONDAY 07/15/19 AT 2:45 P.M. PARTIES MAY APPEAR IN TUCSON COURTROOM 446 OR PHOENIX COURTROOM 301. AT THE CONTINUED HEARING, THE COURT WILL SET THE DEADLINE FOR DISPOSITIVE MOTIONS.