# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | THOMAS E. BLACK | | |
| **Case Number:** | 4:16-BK-12086-BMW | **Chapter:** | 7 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 09, 2021 10:00 AM   VIDEO CONF HRGS | | |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. | | |
| **Courtroom Clerk:** | PRISCILLA GALBAN | | |
| **Reporter / ECR:** | WESLEY STANGRET | | |

### *Matter:*

**ADV: 4-17-00115**

**MARGRET  JANELLO vs THOMAS E BLACK**

CONTINUED ORDER TO SHOW CAUSE AS TO WHY THIS CASE HAS NOT BEEN RESOLVED

**R / M #:**   150 / 0

### *Appearances:*

KEVIN J. BONNER, ATTORNEY FOR MARGRET  JANELLO, PLAINTIFF
THOMAS D LAUE, ATTORNEY FOR THOMAS E BLACK, DEBTOR
MARGRET JANELLO, DEBTOR

### *Proceedings:*

Mr. Laue notes that they have made the necessary modifications to the settlement agreement. He further notes that potentially there is a pending issue that could be resolved with Mr. Bonner.

Mr. Bonner confirms and does not object to a continuance.

COURT: IT IS ORDERED TO CONTINUE THIS MATTER VIA ZOOM ON DECEMBER 21, AT 10:00 A.M. IT IS FURTHERED ORDER FOR PARTIES TO RESOLVE THE ISSUE AND SETTLE THIS MATTER. PARTIES MAY FILE A REQUEST TO VACATE THE DECEMBER 21, 2021 HEARING UPON RESOLUTION.

Parties to appear at the following video conference:

<https://www.zoomgov.com/j/1612926046?pwd=aHNybXJpSkdiK3I5akZGeXlCUXUwQT09>

Meeting ID: 161 292 6046
Passcode: 249720